IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

MIDDLE DIVISION

| | |
|---|---|
| ATHENS JEROME LAWSON | ) |
| | ) |
| v. | ) CV. NO. 07-J-8022-M |
| | ) CR. NO. 06-J-242-M |
| UNITED STATES OF AMERICA | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on May 12, 2009, recommending that the § 2255 motion be denied. On May 28, 2009, Mr. Lawson's motion for extension of time to file objections was granted until June 29, 2009. On June 29, 2009, objections were filed by Lawson to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the Mr. Lawson, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the objections are due to be OVERRULED and the § 2255 motion is due to be DENIED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 6th day of July 2009.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE